CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Miguel Octavio Ochoa-Caraveo; DOB: 1988; United States**<br>**Flora Dolores Barajas; DOB: 1987; United States** | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-08666MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 1, 2021, in the District of Arizona, **Miguel Octavio Ochoa-Caraveo** and **Flora Dolores Barajas** , named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Eduardo Pena and Fernando Silva-Ramirez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about July 1, 2021, in the District of Arizona, **Miguel Octavio Ochoa-Caraveo** and **Flora Dolores Barajas** , knowing and in reckless disregard of the fact that certain illegal aliens, including Eduardo Pena and Fernando Silva-Ramirez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 1, 2021, Border Patrol Agents (BPAs) witnessed a white Toyota Tacoma as it travelled south on State Route (SR) 85 towards Lukeville, Arizona. BPAs decided to go to the Ajo Border Patrol Station in Why, Arizona to observe the vehicle's activities when it arrived in Lukeville using the Integrated Fixed Tower (IFT) cameras. At approximately 1:25 p.m. BPAs observed the Tacoma enter Lukeville and park near the gas pumps located at the Gas Trak gas station. The white Tacoma parked next to a gas pump but did not pump any gas. BPAs observed the driver, later identified as **Miguel Octavio OCHOA-Caraveo** exit the vehicle and meet with a female, later identified as **Flora Dolores BARAJAS**. OCHOA and BARAJAS then entered the Gas Trak gas station for a short period of time. OCHOA and BARAJAS then returned to the Tacoma and proceeded to move the vehicle to the south side of the gas station. At approximately 1:45 p.m., BPAs observed OCHOA and BARAJAS exit the truck, open the back doors and begin clearing the back seat of items. After they cleared the seats, they laid a blanket across the backseats. At approximately 1:58 p.m., BPAs witnessed three individuals walking east from the desert into the Gas Trak gas station parking lot. The three individuals were seen walking towards the white Tacoma and two of the subjects entered the backseats. The Tacoma then began travelling north on SR 85. At this point, BPAs left the Ajo Station and waited for the vehicle at mile marker 58 on SR 85. At approximately 2:20 p.m., the white Tacoma passed BPAs location and BPAs began following the vehicle. BPAs activated their emergency lights and sirens and conducted a vehicle stop for an immigration inspection on all occupants. BPAs questioned the driver, OCHOA, and asked him where he was coming from to which he stated he was returning from Mexico and was headed to Phoenix. BPAs then questioned the two rear passengers as to their citizenship and both admitted to being in the United States illegally.

Records checks revealed that Eduardo Pena and Fernando Silva-Ramirez do not have the proper immigration documentation to enter or remain in the United States legally. Pena was previously removed from the U.S. on February 3, 2021. Silva-Ramirez was previously removed from the U.S. on October 2, 2016.

**Continued on back.**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/pl / *ACA* | SIGNATURE OF COMPLAINANT<br>*[signature]* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>July 2, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Continued from front.

21-08666MJ

After waiving his *Miranda* rights, **OCHOA** stated that this is his third- or fourth-time smuggling individuals. **OCHOA** stated that he usually gets paid $5,000 to $8,000 for smuggling individuals to Phoenix, Arizona. **OCHOA** stated that he knows the individuals he picks up are illegal, but sometimes they have passports. **OCHOA** stated he does not know if the passports are fraudulent. **OCHOA** stated that he believed he was going to be paid between $5,000 and $8,000 for this smuggling event. **OCHOA** stated that he knows it is illegal to transport undocumented non-citizens in the United States.